[No. 7599–7–II. Division Two. February 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL RAY SESSIONS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 83–1–00632–5, James D. Ladley, J., entered January 18, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.